[No. 926-2.    Division Two.    April 29, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD R. HESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4205, Robert J. Doran, J., entered November 3, 1972. *Affirmed* by unpublished opinion per

Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.